UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
                                            :

MCOM IP, LLC,                           :        23cv9550(DLC)

                                            :              ORDER

                     Plaintiff,       :

           -v-                            :

                                              :

AMALGAMATED BANK,                       :

                                            :

                     Defendant.       :

                                            :
-------------------------------------- X

DENISE COTE, District Judge:

On December 22, 2023, defendant filed a motion to dismiss the complaint pursuant to Rule 12(b)(6), Fed. R. Civ. P. Under Rule 15(a)(1)(B), Fed. R. Civ. P., a plaintiff has 21 days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course. Accordingly, it is hereby

ORDERED that plaintiff shall file any amended complaint by January 12, 2024. It is unlikely that plaintiff will have a further opportunity to amend.

IT IS FURTHER ORDERED that if no amended complaint is filed, plaintiff shall file any opposition to the motion to dismiss by January 12. Defendant's reply, if any, shall be filed by January 19. At the time any reply is filed, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

2

IT IS FURTHER ORDERED that the initial pretrial conference scheduled for January 5, 2024 is adjourned <u>sine</u> <u>die</u>.


Dated:     New York, New York
           January 2, 2024

                                   _____
                                          DENISE COTE
                            United States District Judge